

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

NB/MRM:SSA                                *610 Federal Plaza*
F. #2020R00784                            *Central Islip, New York 11722*

November 29, 2023

By Email and ECF

The Honorable Joan M. Azrack
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

                   Re:      United States v. Akeem Chambers, et al.
                           Criminal Docket No. 23-157 (JMA)

Dear Judge Azrack:

         The government respectfully requests that the Court issue a protective order for (a) certain financial and institutional records which contain Personal Identification Information ("PII") of numerous fraud victims, which comprise a portion of the discovery materials to be provided to the defendants in the above-captioned matter pursuant to Federal Rule of Criminal Procedure 16. The government has consulted with counsel for the defendants, and no counsel has raised an objection to the proposed order. A proposed order is respectfully enclosed for the Court's consideration.

                                     Respectfully submitted,

                                       BREON PEACE
                                       United States Attorney

           By:                  /s/
                                         Michael R. Maffei
                                         Assistant U.S. Attorney
                                         (631) 715-7894

cc:       Counsel for Defendants (by ECF)

NB/MRM:SSA
F. #2020R00784

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X

UNITED STATES OF AMERICA

    - against –

AKEEM CHAMBERS, et al.,

               Defendants.

-------------------------------------------------X

**PROPOSED ORDER**

Cr. No. 23-CR-157 (JMA)

Upon the application of BREON PEACE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Samantha Alessi, it is hereby:

**ORDERED** that counsel for the defendants, or anyone acting under the direction of defense counsel, may not reproduce, distribute or otherwise disseminate the financial records (and related documents) which contain Personal Identification Information ("PII") of victims, labeled as Bates numbers 093681 through 108628 (collectively the "protected material"), which have been provided pursuant to Rule 16 of the Federal Rules of Criminal Procedure in connection with the above-captioned matter;

**ORDERED** that the defendants not be permitted to possess copies of the protected material or bring the protected material, or copies thereof, back to the institution in which he/she is incarcerated; and

**ORDERED** that nothing in this Order shall prohibit: (a) defense counsel from sharing the content of the protected material with defendants or others acting under the direction

of defense counsel; or (b) defense counsel, or others acting under the direction of defense counsel, from displaying or discussing the content of such protected material with the defendants or other persons acting under the direction of defense counsel; provided however, that the restrictions set forth in this Order shall apply to those individuals acting under the direction of defense counsel.

Dated: Central Islip, New York
       November _____, 2023

SO ORDERED:

_____
THE HONORABLE JOAN M. AZRACK
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK