

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

MRM/SSA:mdc
F. #2020R00784

*610 Federal Plaza*
*Central Islip, New York 11722*

January 6, 2025

By FedEx and ECF

Glenn Obedin, Esq. *for Jonathan Vasquez*
John Kaley, Esq. *for Rob Pardo*
Steven Zissou, Esq. *for Akeem Chambers*
Jin P. Lee, Esq. *for Alonzo Litchmore*

> Re:  United States v. Akeem Chambers et al.
> Criminal Docket No. 23-157 (S-3) (JMA)

Dear Counsel:

Enclosed please find supplemental discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure, which is outlined below. Please note, for your convenience, these hard drives also contain all prior discovery productions to date (see ECF Nos. 80, 89, 111, 125 and 136).

| | |
|---|---|
| 1B191 – CELL PHONE EXTRACTION OF MAILK DELIMA, COLLECTED AT SCENE OF HOMICIDE | 109248 |
| LATENT FINGERPRINT LAB MATCH FOR MAY 1, 2022 GUN RECOVERY 2022CR338525 | 109249 |
| ICLOUD RETURN FOR JERELL SHAW - BENNYDOLLAS@GMAIL.COM | 109250A |
| ICLOUD RETURN FOR JERELL SHAW - BENNYDOLLAS@GMAIL.COM | 109250B |
| CCTV VIDEOS FROM OK PETROLEUM GAS STATION FOR 2020.12.27 MEADOWBROOK PARKWAY SHOOTING | 109251 - 109259 |

| NEW YORK STATE POLICE INDCIDENT REPORT FOR 2020.12.27 MEADOWBROOK PARKWAY SHOOTING | 109260 - 109267 |
|---|---|
| NASSAU COUNTY POLICE DEPARTMENT INCIDENT REPORT FOR 2020.12.27 MEADOWBROOK PARKWAY SHOOTING | 109268 - 109341 |
| CRIME SCENE PHOTOS FOR 2020.12.27 MEADOWBROOK PARKWAY SHOOTING | 109342 - 109412 |
| CCTV STILL IMAGES FROM OK PETROLEUM GAS STATION FOR 2020.12.27 MEADOWBROOK PARKWAY SHOOTING | 109413 |
| PHOTO OF MERCEDES C300, PLATE # KGE-3090 USED IN 2020.12.27 MEADOWBROOK PARKWAY SHOOTING | 109414 |
| CELL CITE MAPPING FOR 2020.12.27 MEADOWBROOK PARKWAY SHOOTING (**DRAFT**) | 109415 - 109416 |
| EDISON POLICE DEPARTMENT INCIDENT REPORT FOR STOLEN LICENSE PLATE K68-JMH USED IN MALIK DELIMA HOMICIDE | 109417 - 109418 |
| DMV RECORD FOR STOLEN LICENSE PLATE K68-JMH USED IN MALIK DELIMA HOMICIDE | 109419 |
| AUTOPSY REPORT FOR MALIK DELIMA | 109420 - 109454 |
| BROOKSIDE HOSPITAL RECORDS FOR MALIK DELIMA | 109455 - 109498 |
| TMOBILE RECORDS FOR NUMBER REGISTERED TO TROY CLARK USED BY SHAQUIL DUNBAR, 718-301-3114 | 109500 - 109502 |
| T-MOBILE RECORDS FOR JERELL SHAW, 347-986-3680 | 109503 - 109548 |
| T-MOBILE RECORDS FOR YONETTE RESPASS AKA STAR BRIM, 917-526-7558 | 109549 - 109602 |
| NYPD MOBILE EXAMINATION WORKSHEET FOR MAILK DELIMA, 484-201-6240 | 109499 |

| WARRANT AND APPLICATION, 24-MJ-491, FOR DELIMA MURDER VEHICLES | 109603 - 109628 |
|---|---|
| WARRANT AND APPLICATION, 24-MJ-300, FOR CHAMBERS CELL SITES FOR DELIMA MURDER | 109629 - 109653 |
| WARRANT AND APPLICATION, 24-MJ-308, FOR L. PARDO INSTAGRAM | 109654 - 109677 |
| WARRANT AND APPLICATION, 24-MJ-483, FOR RED CAR LOCATION AT DELIMA MURDER | 109678 - 109696 |
| WARRANT AND APPLICATION, 24-MJ-515, FOR CHEVY LOCATION AT DELIMA MURDER | 109697 - 109715 |
| WARRANT AND CERTIFICATION FROM ESSEX COUNTY FOR GPS LOGISTICS FROM KIDNAPPING | 109716 - 109725 |
| WARRANT AND AFFADAVIT FROM ESSEX COUNTY FOR 347-986-3680 FROM KIDNAPPING | 109726 - 109735 |
| WARRANT AND AFFADAVIT FROM ESSEX COUNTY FOR 347-399-7857 FROM KIDNAPPING | 109736 - 109746 |
| WARRANT AND AFFADAVIT FROM ESSEX COUNTY FOR 484-201-6240 FROM KIDNAPPING | 109747 - 109757 |
| WARRANT AND AFFADAVIT FROM ESSEX COUNTY FOR 484-201-6240 FROM KIDNAPPING | 109758 - 109776 |
| HERTZ RECORDS CERTIFICATION FOR VEHICLE RECORDS FROM DELIMA MURDER | 109777 |
| HERTZ VEHICLE RECORDS FROM DELIMA MURDER | 109778 - 109779 |
| ATT RECORDS FOR NISSAN ALTIMA FROM DELIMA MURDER | 109787 - 110018 |
| HERTZ RECEIPTS AND LOCATION RECORDS FOR CHEVY FROM DELIMA MURDER | 110019 - 110036 |
| LPR REPORT FOR CHEVY KBY-K54, FROM DELIMA MURDER | 110037 - 110038 |

| | |
|---|---|
| DMV PHOTO AND INFORMATION FOR YONETTE DAVIS FROM DELIMA MURDER | 110039 - 110044 |
| GM SRT RECORDS FOR CHEVY FROM DELIMA MURDER | 110045 - 110053 |
| CARFAX REPORT FOR CHEVY FROM DELIMA MURDER | 110054 - 110059 |
| ADDITIONAL LPR REPORT FOR CHEVY FROM DELIMA MURDER | 110060 |
| LPR REPORT FOR NISSAN ALTIMA FROM DELIMA MURDER | 110061 - 110064 |
| REGISTRATION RECORD FOR NISSAN ALTIMA FROM DELIMA MURDER | 110065 - 110068 |
| CAR DATA FROM NISSAN ALTIMA FROM DELIMA MURDER | 110069 |
| LPR REPORT FOR NISSAN ALTIMA FROM DELIMA MURDER | 109780 |
| DMV RECORD FOR NISSAN ALTIMA FROM DELIMA MURDER | 109781 - 109786 |
| CCTV FOOTAGE FROM SIX POINTS PARKING GARAGE ON 2021.11.30 FROM KIDNAPPING | 110070 |
| CCTV FOOTAGE FROM SIX POINTS PARKING GARAGE ON 2021.12.01 FROM KIDNAPPING | 110071 |
| CCTV FOOTAGE FROM EXXON GAS STATION FROM KIDNAPPING | 110072 - 110081 |
| COMPILATION VIDEOS FROM PARKING GARAGE AND EXXON GAS STATION FROM KIDNAPPING | 110082 - 110088 |
| VIDEO STILLS FROM SIX POINTS PARKING GARAGE AND EXXON GAS STATION | 110105 - 110116 |
| EZ-PASS RECORDS FOR NISSAN ALTIMA FROM KIDNAPPING | 110117 - 110121 |

| | |
|---|---|
| NYPD FIREARM TRACE REPORTS FOR GLOCK 40 CAL RECOVERED ON 2022.07.12 FROM CAR BELONGING TO MALAVE | 110122 - 110124 |
| GROTON TOWN POLICE DEPARTMENT REPORT FOR STOLEN FIREARM RECOVERED FROM 4 SUTTON COURT | 110125 |
| GROTON TOWN POLICE DEPARTMENT TRACE HIT AND RECOVERY FOR STOLEN FIREARM RECOVERED FROM 4 SUTTON COURT | 110126-110129 |
| SUFFOLK COUNTY POLICE DEPARTMENT FIREARMS TRACE REPORT FOR GLOCK 40 RECOVERED FROM 4 SUTTON COURT | 110130 - 110131 |
| ***FRAUD DOCUMENTS PROVIDED PURSUANT TO PROTECTIVE ORDER [110132 – 110717]*** | |
| FRAUD REPORT FOR TRUTHFUL TAXES | 110132 - 110134 |
| JERELL SHAW TAX RETURNS FOR 2020 AND 2021 | 110135 - 110235 |
| CASHAPP SENDER AND RECIEVER INFORMATION (821 FILES) | 110264 |
| CASHAPP ACCOUNT RECORDS | 110265 |
| IDENTIFICATION OF ANN MARIE SAINT FROM CASH APP | 110236 – 110237 |
| IDENTIFICATION OF JONATHAN VASQUEZ FROM CASH APP | 110238 - 110239 |
| IDENTIFICATION OF PEREZ FROM CASH APP | 110240 - 110241 |
| IDENTIFICATIONS OF ROB PARDO FROM CASH APP | 110242 - 110247 |
| IDENTIFICATION OF JALEN ROGERS FROM CASH APP | 110248 - 110249 |
| IDENTIFICATION OF KIM DEL RIO FROM CASH APP | 110250 - 110251 |

| | |
|---|---|
| IDENTIFICATIONS OF LESLY PARDO FROM CASH APP | 110252 - 110257 |
| IDENTIFICATION OF ROB PARDO FROM CASH APP | 110258 - 110259 |
| IDENTIFICATION OF LESLY PARDO FROM CASH APP | 110260 - 110261 |
| IDENTIFICATION OF ROB PARDO FROM CASH APP | 110262 - 110263 |
| ATT RECORDS FOR CHAMBERS PPP LOAN | 110266 - 110267 |
| TD BANK RECORDS FOR CHAMBERS PPP LOAN | 110268 - 110548 |
| CHANEL PURCHASE RECORDS FUNDS FROM SHAW FRAUD | 110549 - 110553 |
| GOOGLE SUBPOENA RETURNS FOR TURCO11212@GMAIL.COM | 110554 - 110561 |
| CHASE RECORDS PRODUCED BY GREGORY DIGSBY FOR EXOTIC ARE US LTD (40 FILES) | 110562 |
| OPTIMUM ONLINE IP ADDRESS RECORDS FOR JERELL SHAW | 110563 - 110573 |
| ZELLE PAYMENT INFORMATION INCLUDING SHAW/DIGSBY | 110574 - 110716 |
| TD BANK RECORDS DATED DECEMBER 2020 THROUGH APRIL 2024 FOR CASH ROUTE RECORDS PROVIDED (41 FILES) | 110717 |
| RECORDS AND INVOICE FOR GPS TRACKER USED FOR KIDNAPPING | 110718 - 110845 |
| CCTV FOOTAGE FROM BP GAS STATION SHOOTING 2022.02.20, FULL EXTRACTION (1065 FILES) | 110846 |
| 1B114 – CELL PHONE EXTRACTION OF LESLY PARDO PHONE RECOVERED AT 4 SUTTON COURT | 110847 |

| | |
|---|---|
| NYPD INCIDENT REPORT FOR 2022.01.11 SHAW ASSAULT | 110848 - 110849 |
| FBI LAB REPORT FOR 40 CAL SILENCER RECOVERED FROM 40 WEST COLUMBIA | 110850 - 110851 |
| PHOTOS OF CHAMBERS WITH VEST | 110852 - 110854 |
| BOP INCIDENT REPORT FOR CHAMBERS ASSAULT | 110855 - 110857 |
| BOP FILE FOR CHAMBERS ASSAULT (23 PAGES) | 110857A |
| VIDEO FOOTAGE OF ASSAULT OF JERELL SHAW ON 2022.01.11 | 110858 |
| VIDEO OF JALEN ROGERS MUSIC FROM JAIL | 110859 |
| VIDEO OF JALEN ROGERS MAKING GANG GRAFFITI IN USMS CELL ON 2024.03.21 | 110860 |
| PHOTO OF JALEN ROGERS' GANG GRAFFITI IN USMS CELL ON 2024.03.21 | 110860A |
| VIDEO OF SHOOTING FROM O STREET 2021.05.19 | 110861 |
| VIDEO OF INCIDENT AT FAZO MEMORIAL 2020.07.12 | 110862 |
| 2021.01.19 DUMPSTER GUN RADIO RUNS FROM HEMPSTEAD PD (32 FILES) | 110863 |
| 2021.01.19 VIDEO FOOTAGE FROM DUMPSTER GUN (18 FILES) | 110864 |
| VIDEO FOOTAGE FROM DELIMA MURDER (18 FILES) | 110865 |
| CRIME SCENE PHOTOS FROM DELIMA MURDER | 110866 - 110875 |
| PHOTOS OF VICTIM FROM DELIMA MURDER | 110876 - 110899 |
| DEATH CERTIFICATE FOR MALIK DELIMA | 110900 |
| ***MEDICAL RECORDS PROVIDED PURSUANT TO PROTECTIVE ORDER [MEDS-016095 - MEDS-016224]*** | |

| MEDICAL RECORDS FOR JANE DOE S.S. | MEDS-016095 - MEDS-016224 |
|---|---|

You may examine the physical evidence mentioned in the documents above, and discoverable under Rule 16, including original documents and physical items recovered, by calling the undersigned Assistant United States Attorneys to arrange a mutually convenient time.

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact me.

Very truly yours,

BREON PEACE
United States Attorney

By:    /s/ Michael R. Maffei
Michael R. Maffei
Samantha Alessi
Assistant U.S. Attorneys
(631) 715-7890/7855

Enclosures
cc:    Clerk of the Court (JMA) (by ECF) (without enclosures)
       Counsel for Jerell Shaw, TBD (by ECF)

8





ATTY:          STEVEN ZISSOU
US v. CHAMBERS DISCOVERY
PRODUCTIONS 2, 3, 6 (2 of 2)

ATTY:          STEVEN ZISSOU
US v. CHAMBERS DISCOVERY
PRODUCTIONS 1, 4, 5, 6 (1 of 2)

ATTY:        JIN P. LEE
US v. CHAMBERS DISCOVERY
PRODUCTIONS 2, 3, 6 (2 of 2)

ATTY:        JIN P. LEE
US v. CHAMBERS DISCOVERY
PRODUCTIONS 1, 4, 5, 6 (1 of 2)

NAME:        CHAMBERS, A.
REG#         53790-510
US v. CHAMBERS DISCOVERY
PRODUCTIONS 1, 2, 3

NAME:        CHAMBERS, A.
REG#         53790-510
US v. CHAMBERS DISCOVERY
PRODUCTIONS 4, 5, 6





**After printing this label**:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

Case 2:23-cr-00157-JMA-LGD     Document 190     Filed 01/06/25     Page 17 of 20 PageID #: 1089



ORIGIN ID:COPA          (631) 715-7900
MAIL ROOM
U.S. ATTORNEY'S OFFICE
610 FEDERAL PLAZA

CENTRAL ISLIP, NY 11722
UNITED STATES US

TO  LEGAL DEPARTMENT
    MDC BROOKLYN | ATTN: WAREHOUSE
    80 29TH STREET

    BROOKLYN NY 11232

    (718) 840-4200

SHIP DATE: 06JAN25
ACTWGT: 1.00 LB
CAD: 114368S/INET4760

BILL THIRD PARTY

REF:
INV:
PO:                     DEPT:

59CJ1/5046/C6C4

FedEx Express

TRK# 0201     7712 4026 3619

E2 FBTA

STANDARD OVERNIGHT

TUE - 07 JAN 5:00P

11232
NY-US     EWR

---

**After printing this label**:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

Case 2:23-cr-00157-JMA-LGD    Document 190    Filed 01/06/25    Page 18 of 20 PageID #: 1090



ORIGIN ID:COPA    (631) 715-7900
MAIL ROOM
U.S. ATTORNEYS OFFICE
610 FEDERAL PLAZA
CENTRAL ISLIP, NY 11722
UNITED STATES US

SHIP DATE: 06JAN25
ACTWGT: 1.00 LB
CAD: 1143689/INET4760

BILL SENDER

TO  STEVE ZISSOU, ESQ
STEVE ZISSOU & ASSOCIATES
42-40 BELL BLVD STE 302

BAYSIDE NY 11361
(718) 279-4500
INV:
PO:    REF:
DEPT:

TRK# 0201    7712 4039 2401    STANDARD OVERNIGHT
09 RMEA    TUE - 07 JAN 5:00P
11361
NY-US    JFK

FedEx Express
E
J244024091001uv

59CJ1/5046/C6C4

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.



ORIGIN ID:COPA    (631) 715-7900
MAIL ROOM
U.S. ATTORNEYS OFFICE
610 FEDERAL PLAZA

SHIP DATE: 06JAN25
ACTWGT: 1.00 LB
CAD: 1143689/INET4760

CENTRAL ISLIP NY 11722
UNITED STATES US

BILL SENDER

TO  GLENN A. OBEDIN
    OBEDIN & WEISSMAN
    THE COURTHOUSE CORPORATE CENTER
    320 CARLETON AVE, SUITE 4200
    CENTRAL ISLIP NY 11722
(631) 979-7777        REF:
INV:
PO:            DEPT:

58CJ1/5046/C6C4

TRK# [0201]    7712 4041 6413    STANDARD OVERNIGHT
                                 TUE - 07 JAN 5:00P

09 COPA

11722
NY-US    JFK

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

Case 2:23-cr-00157-JMA-LGD    Document 190    Filed 01/06/25    Page 20 of 20 PageID #: 1092



**After printing this label**:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.