

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

MRM/APW/KCM                           *610 Federal Plaza*
F. #2020R00784                        *Central Islip, New York 11722*

February 26, 2026

By ECF

The Honorable Joan M. Azrack
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11201

> Re:    United States v. Akeem Chambers, et al.
>        Criminal Docket No. 23-157 (S-3) (JMA)

Dear Judge Azrack:

The government respectfully submits this letter pursuant to the Court's request for the government to identify what portions of government exhibits 5957.1 and 5943 (which have already been admitted in evidence) from which the government intends to elicit testimony from the current witness.

As an initial matter, the vast majority of the contents of these two exhibits are self-explanatory and require no interpretation.  However, there are certain terms which the government intends to ask the witness to define.  Those portions and anticipated definitions are set forth below.  Notably, almost all of these terms have already been defined before the jury at other points in trial.

Exhibit 5957.1 (Chat between Defendant Shaw and Malik Delima)

- Page 4
  - Delima – Ya power is with Chops and 23, not the As"
    - *The witness will define "Chops" as Leslie Pardo, "23" as ICG, and "As" as the Double A's set of Rolling 60's.  (See Government Exhibit 424, already admitted into evidence, references "Double As."  Chop, 23 and ICG have been repeatedly defined throughout the trial.)*

- Page 5
  - Shaw – Those my hitters.  They a come and run y'all n**** off the block 100 percent
    - *The witness will define "hitters" is a gang term for shooters.*

- Page 11
  - Shaw – It's n****s that got 50 man downs that die by kids
    - *The witness will define that "Man downs" is a gang term for murder.*

Exhibit 5943 (Telegram Chat between Rob Pardo and Akeem Chambers)

- Bottom of Page 7 – bottom of page 10
  - "bang it out with 12"
    - *The witness will define this means a shoot-out with police.  (The term "12" has already been defined as a term for the police.  See trial transcript P. 1366)*

- Top of Page 47 – through bottom of 49 (3/1/22)
  - Pulled cause the 211
    - *The witness will define that 211 means armed robbery.*

- Top of Page 81 – 82 (3/5/22)
  - Don't gotta twirl it…" "Don't want another taz situation"
    - *The witness will explain that this means that they should not be careless with their gun and that a Taz situation refers to when the Chambers and Vazquez shot at opposition member Christopher Clausel ("Taz") but did not have a car to flee in.  (See Trial Transcript P. 3255)*

- Top of Page 91
  - "Just locked Glizz in come to find out boy wasn't even crip
    - *The Witness will define that glizz means gun.*

- Page 349 – 351
  - Grab the .40
    - *The witness will define that .40 means a .40 caliber firearm.*

- Page 362
  - Drama and N***gas talking about if you SLC under real
    - *The witness will define that SLC means "Snoop Loco Crew."  (See Trial Transcript P 845-846, as well as government exhibit 7).*

2

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:      /s/                    
Michael R. Maffei
Andrew P. Wenzel
Kaitlin C. McTague
Assistant U.S. Attorneys
(631) 715-7890

cc:   Clerk of the Court (JMA) (by ECF)
Xavier Donaldson, Esq. (by ECF and email)
Steve Zissou, Esq. (by ECF and email)
Glenn Obedin, Esq. (by ECF and email)