

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| MRM/APW/KCM | *610 Federal Plaza* |
| F. #2020R00784 | *Central Islip, New York 11722* |

April 6, 2026

<u>By ECF and Email</u>
The Honorable Joan M. Azrack
United States District Court
Eastern District of New York
920 Federal Plaza
Central Islip, New York 11722

     Re: United States v. Akeem Chambers, et al.
       <u>Criminal Docket No.: 23-157 (S-3) (JMA)</u>

Dear Judge Azrack:

    The government respectfully requests that the Court submit the enclosed proposed transcript corrections to the Court Reporters for the trial transcript in the above-referenced case.[1]

| <u>Date</u> | <u>Page</u> | <u>Line</u> | <u>Reads Now</u> | <u>Should Be</u> |
|---|---|---|---|---|
| 2/4/2026 | 803 | 18 | Rue Up | D Rocc |
| 2/4/2026 | 817 | 16 | Locked | Loc'd |
| 2/4/2026 | 819 | 1 | Terrorist | Terrace |
| 2/4/2026 | 819 | 2 | Terrorist | Terrace |
| 2/4/2026 | 819 | 2 | Terrorist | Terrace |
| 2/4/2026 | 819 | 7 | Terrorist | Terrace |
| 2/4/2026 | 823 | 9 | Chopper Belly | Choppavelli |

---

[1] The government provided the proposed list to defendants' counsel via email on March 29, 2026. The government inquired if the defense had any input or any proposed edits that that they would like included.  As of the writing of this letter, the government has received no response from the defendants' counsel.

| | | | | |
|---|---|---|---|---|
| 2/4/2026 | 824 | 4 | Graze | Grizz |
| 2/4/2026 | 844 | 14 | Grigs | Grizz |
| 2/5/2026 | 878 | 16 | D Block | D Rocc |
| 2/5/2026 | 892 | 13 | "Gun" My Family | Got My Family |
| 2/5/2026 | 174 | 12 | cropped "up" | cropped out |
| 2/5/2026 | 933 | 11 | vials | rivals |
| 2/5/2026 | 937 | 20 | "Grave" street | Grape street |
| 2/5/2026 | 1011 | 8 | Furgy | Furebee |
| 2/5/2026 | 1058 | 9 | "Grave" street | Grape street |
| 2/5/2026 | 1072 | 12 | Flop | Flock |
| 2/9/2026 | 1198 | 7 | Terrors | Terrace |
| 2/9/2026 | 1221 | 15, 16, 22 | Sharado | Sharayda |
| 2/9/2026 | 1222 | 16, 18, 24 | Sharado | Sharayda |
| 2/9/2026 | 1223 | 1, 16, 17 | Sharado | Sharayda |
| 2/9/2026 | 1307 | 5 | save it up | say what up |
| 2/9/2026 | 1386 | 21 | ACK | HTK |
| 2/9/2026 | 1402 | 18 | she | he |
| 2/10/2026 | 1580 | 7 | Terrors | Terrace |
| 2/10/2026 | 1581 | 3 | Terrors | Terrace |
| 2/10/2026 | 1586 | 21 | JD | Jayden |
| 2/10/2026 | 1617 | 18 | Vanderbilt | Vanable |
| 2/10/2026 | 1631 | 1 | ACK | HTK |

| 2/12/2026 | 1986 | 6 | Up | O |
|---|---|---|---|---|
| 2/24/2026 | 2768 | 24, 25 | Loped | Loc'd |
| 2/24/2026 | 2772 | 2, 3 | Loped | Loc'd |
| 2/25/2026 | 2927 | 21 | Ty Beige | Tabandz |
| 2/25/2026 | 3012 | 23 | Blow | Blo |
| 2/26/2026 | 3183 | 5 | Burns | Brant's |
| 3/9/2026 | 4402 | 3, 6, 16, 18 | 8 | Ape |
| 3/9/2026 | 4403 | 2, 4 | 8 | Ape |
| 3/9/2026 | 4414 | 25 | her | him |
| 3/9/2026 | 4480 | 16, 17, 18 | shock | shoot |
| 3/10/2026 | 4553 | 25 | tractor | tracker |
| 3/10/2026 | 4587 | 7 | WIA | WYA |
| 3/10/2026 | 4626 | 12 | I'm | On |
| 3/10/2026 | 4759 | 15 | Kingstown | Kingston |

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:    /s/_____
Michael R. Maffei
Assistant U.S. Attorneys
(631) 715-7890

cc:    Glenn Obedin, Esq. (by email and ECF)
Xavier Donaldson, Esq. (by email and ECF)
Steve Zissou, Esq. (by email and ECF)

3