UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X

UNITED STATES OF AMERICA

    -against-

AKEEM CHAMBERS,
    also known as "Luca,"
JERELL SHAW,
    also known as "Rells Fargo"
    and "Rells," and
JONATHAN VAZQUEZ,
    also known as "Chulo"
    and "Clutch,"

                Defendants.
-----------------------------------------------------X

**VERDICT SHEET**

23-CR-157 (JMA)

## COUNT ONE
### (Racketeering)

COUNT ONE – AKEEM CHAMBERS

How do you find defendant AKEEM CHAMBERS as to Count One?

Not Guilty _____          Guilty ___✓___

Which, if any, racketeering acts have been proven beyond a reasonable doubt against defendant AKEEM CHAMBERS?

Racketeering Act Three: July 12, 2020 Attempted Murder of a Rival Gang Member
        Not Proved ___✓___          Proved _____

Racketeering Act Four: August 1, 2020 Murder of Thiasia Williams
        Not Proved _____          Proved ___✓___

Racketeering Act Five:
October 8, 2020 Attempted Murder of Zyare Griffiths ("Bhris")
        Not Proved _____          Proved ___✓___

Racketeering Act Six: December 16, 2020 Attempted Murder of Ahmad Peavy ("Maz")
        Not Proved _____          Proved ___✓___

Racketeering Act Seven:
December 19, 2020 Attempted Murder of Duane Costa ("Weez")
        Not Proved _____          Proved ___✓___

1

EXHIBIT
12
4|9|20

Racketeering Act Eight:
December 27, 2020 Attempted Murder of Isaiah Edwards ("Zay")
                                   Not Proved _____        Proved ___✓___

Racketeering Act Nine: January 3, 2021 Attempted Murder of Christopher Jackson
                                   Not Proved _____        Proved ___✓___

Racketeering Act Ten: April 13, 2021 Attempted Murder of Mikhi Watts ("Rocko")
                                   Not Proved ___✓___          Proved _____

Racketeering Act Eleven:
May 19, 2021 Attempted Murder of Steven Rush, Dennis Foster, and "Angelo"

          As to Steven Rush
                                   Not Proved _____        Proved ___✓___

          As to Dennis Foster
                                   Not Proved _____        Proved ___✓___

          As to "Angelo"
                                   Not Proved _____        Proved ___✓___

Racketeering Act Twelve: May 19, 2021 Attempted Murder of Terrell Cherry ("Relly")
                                   Not Proved ___✓___          Proved _____

Racketeering Act Thirteen: June 6, 2021 Attempted Murder of a Rival Gang Member
                                   Not Proved _____        Proved ___✓___

Racketeering Act Fourteen: July 29, 2021 Attempted Murder of Darius Pickett
                                   Not Proved ___✓___          Proved _____

Racketeering Act Fifteen: September 10, 2021 Robbery and Murder of James Diamond

          Subsection A: Robbery
                                   Not Proved _____        Proved ___✓___

          Subsection B: Felony Murder
                                   Not Proved _____        Proved ___✓___

Racketeering Act Seventeen:
December 11, 2021 Attempted Murder of Christopher Clausell ("Taz")
                                   Not Proved _____        Proved ___✓___

Racketeering Act Eighteen:
February 6, 2022 Attempted Murder of Tyree White ("Ty Perkins")
                                   Not Proved _____        Proved ___✓___

Racketeering Act Nineteen: February 8, 2022 Attempted Murder of Jayden Hall
                                   Not Proved _____        Proved ___✓___

2

Racketeering Act Twenty-One:
February 20, 2022 Attempted Murder of Jamal Woodside ("JB")

Not Proved _____    Proved __✓__

Racketeering Act Twenty-Three:
Conspiracy to Murder and Murder of Malik Delima ("Snap")

Subsection A:  Conspiracy to Commit Murder of Malk Delima ("Snap")

Not Proved _____    Proved __✓__

Subsection B:  March 10, 2022 Murder of Malik Delima ("Snap")

Not Proved _____    Proved __✓__

Racketeering Act Twenty-Four: Conspiracy to Murder Rival Gang Members

Not Proved _____    Proved __✓__


## COUNT ONE – JONATHAN VAZQUEZ

How do you find defendant JONATHAN VAZQUEZ as to Count One?

Not Guilty _____    Guilty __✓__

Which, if any, racketeering acts have been proven beyond a reasonable doubt against defendant JONATHAN VAZQUEZ?

Racketeering Act One:
September 27, 2016 Attempted Murder of Khalique Myers ("Kayko")

Not Proved _____    Proved __✓__

Racketeering Act Two: November 19, 2016 Murder of Joecephus Vanable ("Scooter")

Not Proved _____    Proved __✓__

Racketeering Act Seventeen:
December 11, 2021 Attempted Murder of Christopher Clausell ("Taz")

Not Proved _____    Proved __✓__

Racketeering Act Eighteen:
February 6, 2022 Attempted Murder of Tyree White ("Ty Perkins")

Not Proved _____    Proved __✓__

Racketeering Act Nineteen: February 8, 2022 Attempted Murder of Jayden Hall

Not Proved _____    Proved __✓__

3

Racketeering Act Twenty: February 16, 2022 Robbery of Gabrielle Ulloa, Hobbs Act Robbery Conspiracy, and Attempted Hobbs Act Robbery

Subsection A:  Robbery
Not Proved _____    Proved ___✓___
Subsection B:  Conspiracy to Commit Hobbs Act Robbery
Not Proved _____    Proved ___✓___
Subsection C:  Attempted Hobbs Act Robbery
Not Proved _____    Proved ___✓___

Racketeering Act Twenty-One:
February 20, 2022 Attempted Murder of Jamal Woodside ("JB")
Not Proved _____    Proved ___✓___

Racketeering Act Twenty-Two:
March 1, 2022 Attempted Murder of Officers Robert Psomas and Michael Sierzant

As to Officer Robert Psomas
Not Proved _____    Proved ___✓___
As to Officer Michael Sierzant
Not Proved _____    Proved ___✓___

Racketeering Act Twenty-Four: Conspiracy to Murder Rival Gang Members
Not Proved _____    Proved ___✓___

## COUNT ONE – JERELL SHAW

How do you find defendant JERELL SHAW as to Count One?

Not Guilty _____    Guilty ___✓___

Which, if any, racketeering acts have been proven beyond a reasonable doubt against defendant JERELL SHAW?

Racketeering Act Sixteen:
Conspiracy to Commit Robbery, Robbery and Kidnapping of Delianna Urena

Subsection A    Conspiracy to Commit Robbery
Not Proved _____    Proved ___✓___

Subsection B    December 1, 2021 Robbery
Not Proved _____    Proved ___✓___

Subsection C    December 1, 2021 Kidnapping
Not Proved _____    Proved ___✓___

4

Racketeering Act Twenty-Three:
Conspiracy to Murder and Murder of Malik Delima ("Snap")

Subsection A: Conspiracy to Commit Murder of Malik Delima ("Snap")
Not Proved _____    Proved __✓__

Subsection B: March 10, 2022 Murder of Malik Delima ("Snap")
Not Proved _____    Proved __✓__

## COUNT TWO
### (Racketeering Conspiracy)

TWO
COUNT ~~ONE~~ – AKEEM CHAMBERS

How do you find defendant AKEEM CHAMBERS as to Count Two?

Not Guilty _____    Guilty __✓__

If you find defendant AKEEM CHAMBERS guilty as to Count Two, did the pattern of racketeering activity he agreed would be committed include the following?

Racketeering Act Three: July 12, 2020 Attempted Murder of a Rival Gang Member
Not Proved __✓__    Proved _____

Racketeering Act Four: August 1, 2020 Murder of Thiasia Williams
Not Proved _____    Proved __✓__

Racketeering Act Five: October 8, 2020 Attempted Murder of Zyare Griffiths ("Bhris")
Not Proved _____    Proved __✓__

Racketeering Act Six: December 16, 2020 Attempted Murder of Ahmad Peavy ("Maz")
Not Proved _____    Proved __✓__

Racketeering Act Seven:
December 19, 2020 Attempted Murder of Duane Costa ("Weez")
Not Proved _____    Proved __✓__

Racketeering Act Eight:
December 27, 2020 Attempted Murder of Isaiah Edwards ("Zay")
Not Proved _____    Proved __✓__

Racketeering Act Nine: January 3, 2021 Attempted Murder of Christopher Jackson
Not Proved _____    Proved __✓__

Racketeering Act Ten: April 13, 2021 Attempted Murder of Mikhi Watts ("Rocko")
Not Proved __✓__    Proved _____

5

Racketeering Act Eleven:

May 19, 2021 Attempted Murder of Steven Rush, Dennis Foster, and "Angelo"

       As to Steven Rush

              Not Proved _____          Proved __✓__

       As to Dennis Foster

              Not Proved _____          Proved __✓__

       As to "Angelo"

              Not Proved _____          Proved __✓__

Racketeering Act Twelve: May 19, 2021 Attempted Murder of Terrell Cherry ("Relly")
              Not Proved __✓__          Proved _____

Racketeering Act Thirteen: June 6, 2021 Attempted Murder of a Rival Gang Member
              Not Proved _____          Proved __✓__

Racketeering Act Fourteen: July 29, 2021 Attempted Murder of Darius Pickett
              Not Proved __✓__          Proved _____

Racketeering Act Fifteen: September 10, 2021 Robbery and Murder of James Diamond

       Subsection A: Robbery

              Not Proved _____          Proved __✓__

       Subsection B: Felony Murder

              Not Proved _____          Proved __✓__

Racketeering Act Seventeen:
December 11, 2021 Attempted Murder of Christopher Clausell ("Taz")
              Not Proved _____          Proved __✓__

Racketeering Act Eighteen:
February 6, 2022 Attempted Murder of Tyree White ("Ty Perkins")
              Not Proved _____          Proved __✓__

Racketeering Act Nineteen: February 8, 2022 Attempted Murder of Jayden Hall

              Not Proved _____          Proved __✓__

Racketeering Act Twenty-One:
February 20, 2022 Attempted Murder of Jamal Woodside ("JB")
              Not Proved _____          Proved __✓__

Racketeering Act Twenty-Three:
Conspiracy to Murder and Murder of Malik Delima ("Snap")

Subsection A:  Conspiracy to Commit Murder of Malk Delima ("Snap")
Not Proved _____        Proved __✓__

Subsection B:  March 10, 2022 Murder of Malik Delima ("Snap")
Not Proved _____        Proved __✓__

Racketeering Act Twenty-Four: Conspiracy to Murder Rival Gang Members
Not Proved _____        Proved __✓__

## COUNT TWO - JONATHAN VAZQUEZ

How do you find defendant JONATHAN VAZQUEZ as to Count Two?

Not Guilty _____        Guilty __✓__

If you find defendant JONATHAN VAZQUEZ guilty as to Count Two, did the pattern of racketeering activity he agreed would be committed include the following?

Racketeering Act One:
September 27, 2016 Attempted Murder of Khalique Myers ("Kayko")
Not Proved _____        Proved __✓__

Racketeering Act Two: November 19, 2016 Murder of Joecephus Vanable ("Scooter")
Not Proved _____        Proved __✓__

Racketeering Act Seventeen:
December 11, 2021 Attempted Murder of Christopher Clausell ("Taz")
Not Proved _____        Proved __✓__

Racketeering Act Eighteen:
February 6, 2022 Attempted Murder of Tyree White ("Ty Perkins")
Not Proved _____        Proved __✓__

Racketeering Act Nineteen:
February 8, 2022 Attempted Murder of Jayden Hall
Not Proved _____        Proved __✓__

Racketeering Act Twenty: February 16, 2022 Robbery of Gabrielle Ulloa, Hobbs Act Robbery Conspiracy and Attempted Hobbs Act Robbery

Subsection A:      Robbery
Not Proved _____        Proved __✓__

Subsection B:      Conspiracy to Commit Hobbs Act Robbery
Not Proved _____        Proved __✓__

Subsection C:      Attempted Hobbs Act Robbery
Not Proved _____        Proved __✓__

7

Racketeering Act Twenty-One:
February 20, 2022 Attempted Murder of Jamal Woodside ("JB")

Not Proved _____    Proved __✓__

Racketeering Act Twenty-Two:
March 1, 2022 Attempted Murder of Officers Robert Psomas and Michael Sierzant

As to Officer Robert Psomas

Not Proved _____    Proved __✓__

As to Officer Michael Sierzant

Not Proved _____    Proved __✓__

Racketeering Act Twenty-Four: Conspiracy to Murder Rival Gang Members

Not Proved _____    Proved __✓__

## COUNT TWO – JERELL SHAW

How do you find defendant JERELL SHAW as to Count Two?

Not Guilty _____    Guilty __✓__

If you find defendant JERELL SHAW guilty as to Count Two, did the pattern of racketeering activity he agreed would be committed include the following?

Racketeering Act Sixteen: Conspiracy to Commit Robbery, Robbery and Kidnapping of Delianna Urena

Subsection A    Conspiracy to Commit Robbery
Not Proved _____    Proved __✓__

Subsection B    December 1, 2021 Robbery
Not Proved _____    Proved __✓__

Subsection C    December 1, 2021 Kidnapping
Not Proved _____    Proved __✓__

8

Racketeering Act Twenty-Three:
Conspiracy to Murder and Murder of Malik Delima ("Snap")

    Subsection A:   Conspiracy to Murder Malik Delima ("Snap")
                      Not Proved _____     Proved __✓___

    Subsection B:   March 10, 2022 Murder of Malik Delima ("Snap")
                      Not Proved _____     Proved __✓___

## COUNT THREE
### (November 19, 2016 Murder of Joecephus Vanable ("Scooter"))

How do you find defendant JONATHAN VAZQUEZ as to Count Three?

              Not Guilty _____     Guilty __✓___

*If you find defendant JONATHAN VAZQUEZ guilty as to Count Three, proceed to Count Four. Otherwise, proceed to Count Five.*

## COUNT FOUR
### (November 19, 2016 Firearm-Related Murder of Joecephus Vanable ("Scooter"))

How do you find defendant JONATHAN VAZQUEZ as to Count Four?

              Not Guilty _____     Guilty __✓___

## COUNT FIVE
### (July 12, 2020 Attempted Murder of a Rival Gang Member)

How do you find defendant AKEEM CHAMBERS as to Count Five?

              Not Guilty __✓___     Guilty _____

*If you find defendant AKEEM CHAMBERS guilty as to Count Five, proceed to Count Six. Otherwise, proceed to Count Seven.*

## COUNT SIX
### (July 12, 2020 Discharging Firearms During a Crime of Violence: Attempted Murder of a Rival Gang Member)

How do you find defendant AKEEM CHAMBERS as to Count Six?

Not Guilty _____          Guilty _____

*If your verdict is guilty as to Count Six, answer the two questions below:*

Was the firearm brandished?

No _____          Yes _____

Was the firearm discharged?

No _____          Yes _____

## COUNT SEVEN
### (August 1, 2020 Murder of Thiasia Williams)

How do you find defendant AKEEM CHAMBERS as to Count Seven?

Not Guilty _____          Guilty __✓____

## COUNT EIGHT
### (August 1, 2020 Assault of Siena Sanches with Dangerous Weapons)

How do you find defendant AKEEM CHAMBERS as to Count Eight?

Not Guilty _____          Guilty __✓____

*If you find defendant AKEEM CHAMBERS guilty as to either Count Seven or Count Eight, or to both Counts Seven and Eight, proceed to Count Nine.*

10

## COUNT NINE
### (August 1, 2020 Discharging Firearms During a Crime of Violence: Murder of Thiasia Williams and Assault with Dangerous Weapons of Siena Sanches)

How do you find defendant AKEEM CHAMBERS on Count Nine as to Thiasia Williams?

Not Guilty _____        Guilty \_\_\_✓\_\_\_\_

*If you find AKEEM CHAMBERS guilty on Count Nine as to Thiasia Williams, answer the two questions below:*

Was the firearm brandished?

No _____        Yes \_\_\_✓\_\_\_\_

Was the firearm discharged?

No _____        Yes \_\_\_✓\_\_\_\_

How do you find defendant AKEEM CHAMBERS on Count Nine as to Siena Sanches?

Not Guilty _____        Guilty \_\_\_✓\_\_\_\_

*If you find AKEEM CHAMBERS guilty on Count Nine as to Siena Sanches, answer the two questions below:*

Was the firearm brandished?

No _____        Yes \_\_\_✓\_\_\_\_

Was the firearm discharged?

No _____        Yes \_\_\_✓\_\_\_\_

*If your verdict is guilty for both Count Seven and Count Nine as to Thiasia Williams, proceed to Count Ten. Otherwise, proceed to Count Eleven.*

## COUNT TEN
### (August 1, 2020 Firearm-Related Murder of Thiasia Williams)

How do you find defendant AKEEM CHAMBERS as to Count Ten?

Not Guilty _____        Guilty \_\_\_✓\_\_\_\_

11

## COUNT ELEVEN
### (October 8, 2020 Attempted Murder of Zyare Griffiths ("Bhris"))

How do you find defendant AKEEM CHAMBERS as to Count Eleven?

Not Guilty _____          Guilty \_\_✓\_\_\_

## COUNT TWELVE
### (October 8, 2020 Assault of Zyare Griffiths ("Bhris") with Dangerous Weapons)

How do you find defendant AKEEM CHAMBERS as to Count Twelve?

Not Guilty _____          Guilty \_\_✓\_\_\_

*If you find defendant AKEEM CHAMBERS guilty as to either Count Eleven or Count Twelve, or to both Counts Eleven and Twelve, proceed to Count Thirteen. Otherwise, proceed to Count Fourteen.*

## COUNT THIRTEEN
### (October 8, 2020 Discharging Firearms During a Crime of Violence: Attempted Murder and Assault with Dangerous Weapons of Zyare Griffiths ("Bhris"))

How do you find defendant AKEEM CHAMBERS as to Count Thirteen?

Not Guilty _____          Guilty \_\_✓\_\_\_

*If your verdict is guilty as to Count Thirteen, answer the two questions below:*

Was the firearm brandished?

No _____          Yes \_\_✓\_\_\_

Was the firearm discharged?

No _____          Yes \_\_✓\_\_\_

## COUNT FOURTEEN
### (December 16, 2020 Attempted Murder of Ahmad Peavy ("Maz"))

How do you find defendant AKEEM CHAMBERS as to Count Fourteen?

Not Guilty _____          Guilty \_\_✓\_\_\_

*If you find defendant AKEEM CHAMBERS guilty as to Count Fourteen, proceed to Count Fifteen. Otherwise, proceed to Count Sixteen.*

## COUNT FIFTEEN
### (December 16, 2020 Discharging Firearms During a Crime of Violence: Attempted Murder of Ahmad Peavy ("Maz"))

How do you find defendant AKEEM CHAMBERS as to Count Fifteen?

Not Guilty _____        Guilty __✓_____

*If your verdict is guilty as to Count Fifteen, answer the two questions below:*

Was the firearm brandished?

No _____        Yes __✓_____

Was the firearm discharged?

No _____        Yes __✓_____

## COUNT SIXTEEN
### (December 19, 2020 Attempted Murder of Duane Costa ("Weez"))

How do you find defendant AKEEM CHAMBERS as to Count Sixteen?

Not Guilty _____        Guilty __✓_____

## COUNT SEVENTEEN
### (December 19, 2020 Assault of Duane Costa ("Weez") with Dangerous Weapons)

How do you find defendant AKEEM CHAMBERS as to Count Seventeen?

Not Guilty _____        Guilty __✓_____

*If you find defendant AKEEM CHAMBERS guilty as to either Count Sixteen or Count Seventeen, or to both Counts Sixteen and Seventeen, proceed to Count Eighteen. Otherwise, proceed to Count Nineteen.*

13

## COUNT EIGHTEEN
### (December 19, 2020 Discharging Firearms During a Crime of Violence: Attempted Murder and Assault with Dangerous Weapons of Duane Costa ("Weez"))

How do you find defendant AKEEM CHAMBERS as to Count Eighteen?

Not Guilty _____        Guilty __✓____

*If your verdict is guilty as to Count Eighteen, answer the two questions below:*

Was the firearm brandished?

No _____        Yes __✓____

Was the firearm discharged?

No _____        Yes __✓____

## COUNT NINETEEN
### (December 27, 2020 Attempted Murder of Isaiah Edwards ("Zay"))

How do you find defendant AKEEM CHAMBERS as to Count Nineteen?

Not Guilty _____        Guilty __✓____

*If you find defendant AKEEM CHAMBERS guilty as to Count Nineteen, proceed to Count Twenty. Otherwise, proceed to Count Twenty-One.*

## COUNT TWENTY
### (December 27, 2020 Discharging Firearms During a Crime of Violence: Attempted Murder of Isaiah Edwards ("Zay"))

How do you find defendant AKEEM CHAMBERS as to Count Twenty?

Not Guilty _____        Guilty __✓____

*If your verdict is guilty as to Count Twenty, answer the two questions below:*

Was the firearm brandished?

No _____        Yes __✓____

Was the firearm discharged?

No _____        Yes __✓____

**COUNT TWENTY-ONE**
**(January 3, 2021 Attempted Murder of Christopher Jackson)**

How do you find defendant AKEEM CHAMBERS as to Count Twenty-One?

Not Guilty _____          Guilty __✓____

**COUNT TWENTY-TWO**
**(January 3, 2021 Assault of Christopher Jackson with Dangerous Weapons)**

How do you find defendant AKEEM CHAMBERS as to Count Twenty-Two?

Not Guilty _____          Guilty __✓____

*If you find defendant AKEEM CHAMBERS guilty as to either Count Twenty-One or Count Twenty-Two, or to both Counts Twenty-One and Twenty-Two, proceed to Count Twenty-Three. Otherwise, proceed to Count Twenty-Four.*

**COUNT TWENTY-THREE**
**(January 3, 2021 Discharging Firearms During a Crime of Violence: Attempted Murder and Assault with Dangerous Weapons of Christopher Jackson)**

How do you find defendant AKEEM CHAMBERS as to Count Twenty-Three?

Not Guilty _____          Guilty __✓____

*If your verdict is guilty as to Count Twenty-Three, answer the two questions below.*

Was the firearm brandished?

No _____          Yes __✓____

Was the firearm discharged?

No _____          Yes __✓____

**COUNT TWENTY-FOUR**
**(April 13, 2021 Attempted Murder of Mikhi Watts ("Rocko"))**

How do you find defendant AKEEM CHAMBERS as to Count Twenty-Four?

Not Guilty __✓____          Guilty _____

*If you find defendant AKEEM CHAMBERS guilty as to Count Twenty-Four, proceed to Count Twenty-Five. Otherwise, proceed to Count Twenty-Six.*

15

## COUNT TWENTY-FIVE
### (April 13, 2021 Discharging Firearms During a Crime of Violence: Attempted Murder of Mikhi Watts ("Rocko"))

How do you find defendant AKEEM CHAMBERS as to Count Twenty-Five?

Not Guilty _____          Guilty _____

*If your verdict is guilty as to Count Twenty-Five, answer the two questions below:*

Was the firearm brandished?

No _____          Yes _____

Was the firearm discharged?

No _____          Yes _____

## COUNT TWENTY-SIX
### (May 19, 2021 Attempted Murder of Steven Rush, Dennis Foster and "Angelo")

How do you find defendant AKEEM CHAMBERS as to Count Twenty-Six as to:

Steven Rush?

Not Guilty _____          Guilty __✔__

Dennis Foster?

Not Guilty _____          Guilty __✔__

"Angelo"?

Not Guilty _____          Guilty __✔__

16

## COUNT TWENTY-SEVEN
### (May 19, 2021 Assault of Steven Rush, Dennis Foster and "Angelo" with Dangerous Weapons)

How do you find defendant AKEEM CHAMBERS as to Count Twenty-Seven as to:

Steven Rush?

Not Guilty _____          Guilty __✓____

Dennis Foster?

Not Guilty _____          Guilty __✓____

Angelo"?

Not Guilty _____          Guilty __✓____

*If you found defendant AKEEM CHAMBERS guilty as to any of three alleged victims for Count Twenty-Six or Count Twenty-Seven, proceed to Count Twenty-Eight. Otherwise, proceed to Count Twenty-Nine.*

## COUNT TWENTY-EIGHT
### (May 19, 2021 Discharging Firearms During a Crime of Violence: Attempted Murder and Assault with Dangerous Weapons of Steven Rush, Dennis Foster and "Angelo")

*If you found defendant AKEEM CHAMBERS guilty in Count Twenty-Six or Count Twenty-Seven concerning a particular victim, then answer the applicable question below concerning that particular victim. If you found AKEEM CHAMBERS not guilty as to both Count Twenty-Six and Count Twenty-Seven concerning a particular victim, then do not answer any questions about that particular victim for Count Twenty-Eight.*

How do you find defendant AKEEM CHAMBERS on Count Twenty-Eight as to Steven Rush?

Not Guilty _____          Guilty __✓____

*If you find AKEEM CHAMBERS guilty on Count Twenty-Eight as to Steven Rush, answer the two questions below:*

Was the firearm brandished?

No _____          Yes __✓____

Was the firearm discharged?

No _____          Yes __✓____

17

How do you find defendant AKEEM CHAMBERS on Count Twenty-Eight as to Denis Foster?

Not Guilty _____    Guilty __✓___

*If you find AKEEM CHAMBERS guilty on Count Twenty-Eight as to Denis Foster, answer the two questions below:*

Was the firearm brandished?

No _____    Yes __✓___

Was the firearm discharged?

No _____    Yes __✓___

How do you find defendant AKEEM CHAMBERS on Count Twenty-Eight as to "Angelo"?

Not Guilty _____    Guilty __✓___

*If you find AKEEM CHAMBERS guilty on Count Twenty-Eight as to "Angelo," answer the two questions below:*

Was the firearm brandished?

No _____    Yes __✓___

Was the firearm discharged?

No _____    Yes __✓___

## COUNT TWENTY-NINE
### (May 19, 2021 Attempted Murder of Terrell Cherry ("Relly"))

How do you find defendant AKEEM CHAMBERS as to Count Twenty-Nine?

Not Guilty __✓___    Guilty _____

*If you find defendant AKEEM CHAMBERS guilty as to Count Twenty-Nine, proceed to Count Thirty. Otherwise, proceed to Count Thirty-One.*

## COUNT THIRTY
### (May 19, 2021 Discharging Firearms During a Crime of Violence: Attempted Murder of Terrell Cherry ("Relly"))

How do you find defendant AKEEM CHAMBERS as to Count Thirty?

Not Guilty _____    Guilty _____

18

*If your verdict is guilty as to Count Thirty, answer the two questions below:*

Was the firearm brandished?

No _____         Yes _____

Was the firearm discharged?

No _____         Yes _____

## COUNT THIRTY-ONE
### (June 6, 2021 Attempted Murder of a Rival Gang Member)

How do you find defendant AKEEM CHAMBERS as to Count Thirty-One?

Not Guilty _____         Guilty \_\_✓\_\_\_\_

*If you find defendant AKEEM CHAMBERS guilty as to Count Thirty-One, proceed to Count Thirty-Two. Otherwise, proceed to Count Thirty-Three.*

## COUNT THIRTY-TWO
### (June 6, 2021 Discharging Firearms During a Crime of Violence: Attempted Murder of a Rival Gang Member)

How do you find defendant AKEEM CHAMBERS as to Count Thirty-Two?

Not Guilty _____         Guilty \_✓\_\_\_\_

*If your verdict is guilty as to Count Thirty-Two, answer the two questions below:*

Was the firearm brandished?

No _____         Yes \_✓\_\_\_\_

Was the firearm discharged?

No _____         Yes \_✓\_\_\_\_

## COUNT THIRTY-THREE
### (July 29, 2021 Attempted Murder of Darius Pickett)

How do you find defendant AKEEM CHAMBERS as to Count Thirty-Three?

Not Guilty ___✓___          Guilty _____

## COUNT THIRTY-FOUR
### (July 29, 2021 Assault of Darius Pickett with Dangerous Weapons)

How do you find defendant AKEEM CHAMBERS as to Count Thirty-Four?

Not Guilty ___✓___          Guilty _____

*If you find defendant AKEEM CHAMBERS guilty as to either Count Thirty-Three or Count Thirty-Four, or to both Counts Thirty-Three and Thirty-Four, proceed to Count Thirty-Five. Otherwise, proceed to Count Thirty-Six.*

## COUNT THIRTY-FIVE
### (Discharging Firearms During a Crime of Violence: Attempted Murder and Assault with Dangerous Weapons of Darius Pickett)

How do you find defendant AKEEM CHAMBERS as to Count Thirty-Five?

Not Guilty _____          Guilty _____

*If your verdict is guilty as to Count Thirty-Five, answer the two questions below:*

Was the firearm brandished?

No _____          Yes _____

Was the firearm discharged?

No _____          Yes _____

## COUNT THIRTY-SIX
### (Conspiracy to Commit Kidnapping)

How do you find defendant JERELL SHAW as to Count Thirty-Six?

Not Guilty _____          Guilty ___✓___

20

## COUNT THIRTY-SEVEN
### (December 1, 2021 Kidnapping of Delianna Urena)

How do you find defendant JERELL SHAW as to Count Thirty-Seven?

Not Guilty _____          Guilty __✓____

## COUNT THIRTY-EIGHT
### (Receipt and Sale of Stolen Property Transported in Interstate Commerce)

How do you find defendant JERELL SHAW as to Count Thirty-Eight?

Not Guilty _____          Guilty __✓____

## COUNT THIRTY-NINE
### (December 11, 2021 Attempted Murder of Christopher Clausell ("Taz"))

How do you find defendant AKEEM CHAMBERS as to Count Thirty-Nine?

Not Guilty _____          Guilty __✓____

How do you find defendant JONATHAN VAZQUEZ as to Count Thirty-Nine?

Not Guilty _____          Guilty __✓____

## COUNT FORTY
### (December 11, 2021 Assault of Christopher Clausell ("Taz") with Dangerous Weapons)

How do you find defendant AKEEM CHAMBERS as to Count Forty?

Not Guilty _____          Guilty __✓____

How do you find defendant JONATHAN VAZQUEZ as to Count Forty?

Not Guilty _____          Guilty __✓____

*If you find AKEEM CHAMBERS guilty on either Count Thirty-Nine or Count Forty, or on both Counts Thirty-Nine and Forty, you must consider Count Forty-One as to AKEEM CHAMBERS.*

*If you find JONATHAN VAZQUEZ guilty on either Count Thirty-Nine or Count Forty, or on both Counts Thirty-Nine and Forty, you must consider Count Forty-One as to JONATHAN VAZQUEZ.*

*If you find a defendant is not guilty on both Count Thirty-Nine and Count Forty, then skip Count Forty-One only as it relates to that particular defendant.*

## COUNT FORTY-ONE
### (December 11, 2021 Discharging Firearms During a Crime of Violence: Attempted Murder and Assault with Dangerous Weapons of Christopher Clausell ("Taz"))

How do you find defendant AKEEM CHAMBERS as to Count Forty-One?

Not Guilty _____        Guilty ___✓___

*If your verdict for Count Forty-One is guilty as to AKEEM CHAMBERS, answer the two questions below:*

Was the firearm brandished?

No _____        Yes ___✓___

Was the firearm discharged?

No _____        Yes ___✓___

How do you find defendant JONATHAN VAZQUEZ as to Count Forty-One?

Not Guilty _____        Guilty ___✓___

*If your verdict for Count Forty-One is guilty as to JONATHAN VAZQUEZ, answer the two questions below:*

Was the firearm brandished?

No _____        Yes ___✓___

Was the firearm discharged?

No _____        Yes ___✓___

## COUNT FORTY-TWO
### (February 6, 2022 Attempted Murder of Tyree White ("Ty Perkins"))

How do you find defendant AKEEM CHAMBERS as to Count Forty-Two?

Not Guilty _____        Guilty ___✓___

How do you find defendant JONATHAN VAZQUEZ as to Count Forty-Two?

Not Guilty _____        Guilty ___✓___

## COUNT FORTY-THREE
### (February 6, 2022 Assault of Tyree White ("Ty Perkins") with Dangerous Weapons)

How do you find defendant AKEEM CHAMBERS as to Count Forty-Three?

Not Guilty _____          Guilty ___✓___

How do you find defendant JONATHAN VAZQUEZ as to Count Forty-Three?

Not Guilty _____          Guilty ___✓___

*If you find AKEEM CHAMBERS guilty on either Count Forty-Two or Count Forty-Three, or on both Counts Forty-Two and Forty-Three, you must consider Count Forty-Four as to AKEEM CHAMBERS.*

*If you find JONATHAN VAZQUEZ guilty on either Count Forty-Two or Count Forty-Three, or on both Counts Forty-Two and Forty-Three, you must consider Count Forty-Four as JONATHAN VAZQUEZ.*

*If you find a defendant is not guilty on both Count Forty-Two and Count Forty-Three, then skip Count Forty-Four only as it relates to that particular defendant.*

## COUNT FORTY-FOUR
### (February 6, 2022 Discharging Firearms During a Crime of Violence: Attempted Murder and Assault with Dangerous Weapons of Tyree White ("Ty Perkins"))

How do you find defendant AKEEM CHAMBERS as to Count Forty-Four?

Not Guilty _____          Guilty ___✓___

*If your verdict for Count Forty-Four is guilty as to AKEEM CHAMBERS, answer the two questions below:*

Was the firearm brandished?

No _____          Yes ___✓___

Was the firearm discharged?

No _____          Yes ___✓___

How do you find defendant JONATHAN VAZQUEZ as to Count Forty-Four?

Not Guilty _____          Guilty ___✓___

23

*If your verdict for Count Forty-Four is guilty as to JONATHAN VAZQUEZ, answer the two questions below:*

Was the firearm brandished?

No _____     Yes __✓__

Was the firearm discharged?

No _____     Yes __✓__

## COUNT FORTY-FIVE
### (February 8, 2022 Attempted Murder of Jayden Hall)

How do you find the defendant AKEEM CHAMBERS as to Count Forty-Five?

Not Guilty _____     Guilty __✓__

How do you find the defendant JONATHAN VAZQUEZ as to Count Forty-Five?

Not Guilty _____     Guilty __✓__

## COUNT FORTY-SIX
### (February 8, 2022 Assault of Jayden Hall with Dangerous Weapons)

How do you find the defendant AKEEM CHAMBERS as to Count Forty-Six?

Not Guilty _____     Guilty __✓__

How do you find the defendant JONATHAN VAZQUEZ as to Count Forty-Six?

Not Guilty _____     Guilty __✓__

*If you find AKEEM CHAMBERS guilty on either Count Forty-Five or Count Forty-Six, or on both Counts Forty-Five and Forty-Six, you must consider Count Forty-Seven as to AKEEM CHAMBERS.*

*If you find JONATHAN VAZQUEZ guilty on either Count Forty-Five or Count Forty-Six, or on both Counts Forty-Five and Forty-Six, you must consider Count Forty-Seven as to JONATHAN VAZQUEZ.*

*If you find a defendant is not guilty on both Count Forty-Five and Count Forty-Six, then skip Count Forty-Seven only as it relates to that particular defendant.*

## COUNT FORTY-SEVEN
### (February 8, 2022 Discharging Firearms During a Crime of Violence: Attempted Murder and Assault with Dangerous Weapons of Jayden Hall)

How do you find defendant AKEEM CHAMBERS as to Count Forty-Seven?

Not Guilty _____        Guilty __✓__

*If your verdict for Count Forty-Seven is guilty as to AKEEM CHAMBERS, answer the two questions below:*

Was the firearm brandished?

No _____        Yes __✓__

Was the firearm discharged?

No _____        Yes __✓__

How do you find defendant JONATHAN VAZQUEZ as to Count Forty-Seven?

Not Guilty _____        Guilty __✓__

*If your verdict for Count Forty-Seven is guilty as to JONATHAN VAZQUEZ, answer the two questions below:*

Was the firearm brandished?

No _____        Yes __✓__

Was the firearm discharged?

No _____        Yes __✓__

## COUNT FORTY-EIGHT
### (February 16, 2022 Hobbs Act Robbery Conspiracy)

How do you find defendant JONATHAN VAZQUEZ as to Count Forty-Eight?

Not Guilty _____        Guilty __✓__

## COUNT FORTY-NINE
### (February 16, 2022 Attempted Hobbs Act Robbery)

How do you find defendant JONATHAN VAZQUEZ as to Count Forty-Nine?

Not Guilty _____        Guilty __✓__

## COUNT FIFTY
### (February 20, 2022 Attempted Murder of Jamal Woodside ("JB"))

How do you find defendant AKEEM CHAMBERS as to Count Fifty?

Not Guilty _____    Guilty __✓___

How do you find defendant JONATHAN VAZQUEZ as to Count Fifty?

Not Guilty _____    Guilty __✓___

*If you find AKEEM CHAMBERS guilty on Count Fifty, you must consider Count Fifty-One as to AKEEM CHAMBERS.*

*If you find JONATHAN VAZQUEZ guilty on Count Fifty, you must consider Count Fifty-One as to JONATHAN VAZQUEZ.*

*If you find a defendant is not guilty on Count Fifty, then skip Count Fifty-One only as it relates to that particular defendant.*

## COUNT FIFTY-ONE
### (February 20, 2022 Discharging Firearms During a Crime of Violence: Attempted Murder of Jamal Woodside ("JB"))

How do you find defendant AKEEM CHAMBERS as to Count Fifty-One?

Not Guilty _____    Guilty __✓___

*If your verdict for Count Fifty-One is guilty as to AKEEM CHAMBERS, answer the two questions below:*

Was the firearm brandished?

No _____    Yes __✓___

Was the firearm discharged?

No _____    Yes __✓___

How do you find defendant JONATHAN VAZQUEZ as to Count Fifty-One?

Not Guilty _____          Guilty __✓___

*If your verdict for Count Fifty-One is guilty as to JONATHAN VAZQUEZ, answer the two questions below:*

Was the firearm brandished?

No _____          Yes __✓___

Was the firearm discharged?

No _____          Yes __✓___

## COUNT FIFTY-TWO
### (March 1, 2022 Attempted Murder of Robert Psomas and Michael Sierzant)

How do you find defendant JONATHAN VAZQUEZ as to Count Fifty-Two?

Not Guilty _____          Guilty __✓___

*If you find defendant JONATHAN VAZQUEZ guilty as to Count Fifty-Two, proceed to Count Fifty-Three. Otherwise, proceed to Count Fifty-Four.*

## COUNT FIFTY-THREE
### (March 1, 2022 Discharging Firearms During a Crime of Violence: Attempted Murder of Robert Psomas and Michael Sierzant)

How do you find defendant JONATHAN VAZQUEZ on Count Fifty-Three as to Officer Robert Psomas?

Not Guilty _____          Guilty __✓___

*If you find JONATHAN VAZQUEZ guilty on Count Fifty-Three as to Officer Robert Psomas, answer the two questions below:*

Was the firearm brandished?

No _____          Yes __✓___

Was the firearm discharged?

No _____          Yes __✓___

How do you find defendant JONATHAN VAZQUEZ on Count Fifty-Three as to Officer Michael Sierzant?

Not Guilty _____          Guilty __✓___

27

*If you find JONATHAN VAZQUEZ guilty on Count Fifty-Three as to Officer Michael Sierzant, answer the two questions below:*

Was the firearm brandished?

No _____          Yes __✓____

Was the firearm discharged?

No _____          Yes __✓____

## COUNT FIFTY-FOUR
### (Conspiracy to Murder Malik Delima ("Snap"))

How do you find defendant AKEEM CHAMBERS as to Count Fifty-Four?

Not Guilty _____          Guilty __✓____

How do you find defendant JERELL SHAW as to Count Fifty-Four?

Not Guilty _____          Guilty __✓____

## COUNT FIFTY-FIVE
### (March 10, 2022 Murder of Malik Delima ("Snap"))

How do you find defendant AKEEM CHAMBERS as to Count Fifty-Five?

Not Guilty _____          Guilty __✓____

*If you find defendant AKEEM CHAMBERS guilty as to Count Fifty-Five, proceed to Count Fifty-Six. Otherwise, proceed to Count Fifty-Eight.*

## COUNT FIFTY-SIX
### (March 10, 2022 Discharging a Firearm During a Crime of Violence: Murder of Malik Delima ("Snap"))

How do you find defendant AKEEM CHAMBERS as to Count Fifty-Six?

Not Guilty _____          Guilty __✓____

*If your verdict for Count Fifty-Six is guilty as to AKEEM CHAMBERS, answer the two questions below:*

Was the firearm brandished?

No _____          Yes __✓____

Was the firearm discharged?

No _____          Yes __✓____

28

*If you find defendant AKEEM CHAMBERS guilty as to Count Fifty-Six, proceed to Count Fifty-Seven. Otherwise, proceed to Count Fifty-Eight.*

## COUNT FIFTY-SEVEN
### (March 10, 2022 Firearm-Related Murder of Malik Delima ("Snap"))

How do you find defendant AKEEM CHAMBERS as to Count Fifty-Seven?

Not Guilty _____        Guilty __✓__

## COUNT FIFTY-EIGHT
### (Conspiracy to Commit Bank Fraud)

How do you find defendant JERELL SHAW as to Count Fifty-Eight?

Not Guilty _____        Guilty __✓__

## COUNT FIFTY-NINE
### (Money Laundering)

How do you find defendant JERELL SHAW as to Count Fifty-Nine?

Not Guilty _____        Guilty __✓__

## COUNT SIXTY
### (Conspiracy to Murder and Assault Rival Gang Members with Dangerous Weapons)

How do you find defendant AKEEM CHAMBERS as to Count Sixty?

Not Guilty _____        Guilty __✓__

How do you find defendant JONATHAN VAZQUEZ as to Count Sixty?

Not Guilty _____        Guilty __✓__

29

## COUNT SIXTY-ONE
### (Conspiracy to Commit Wire Fraud)

How do you find defendant AKEEM CHAMBERS as to Count Sixty-One?

Not Guilty _____     Guilty __✓__

How do you find defendant JERELL SHAW as to Count Sixty-One?

Not Guilty _____ ·     Guilty __✓__

How do you find defendant JONATHAN VAZQUEZ as to Count Sixty-One?

Not Guilty _____     Guilty __✓__


_____
Foreperson

April 9th, 2026
Date

30